**HEIDI FELDSTEIN SOTO,** City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**SCOTT MARCUS**, Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**SHANT TASLAKIAN**, Deputy City Attorney (SBN 288499)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-8722   Fax No.:  (213) 978-8785
Email: Shant.Taslakian@lacity.org

*Attorneys for Defendants* CITY OF LOS ANGELES, LUIS ACEVEZ, ALMA MARTINEZ, ROBERT MALDONADO, CARLOS MALDONADO, TIFFANY NORWOOD, **BARRY BLOCKER and RYAN SMITH**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMU BLACKWELL,<br><br>            Plaintiff<br><br>      vs.<br><br>CITY OF LOS ANGELES, a governmental entity, Los Angeles Police Department Officers MARTINEZ, ACEVES, CARLOS MALDONADO, and ROBERT MALDONADO, and Sgt. NORWOOD, in their individual capacities, and DOES 1 THROUGH 10, inclusive,<br><br>            Defendants. | **Case No.: CV19-09977-FLA-GJS**<br>Honorable Fernando L. Aenlle-Rocha<br>Honorable Gail J. Standish<br><br><br>**DEFENDANTS BARRY BLOCKER and RYAN SMITH's ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT FOR DAMAGES, DEMAND FOR JURY TRIAL** |

**TO THE ABOVE-ENTITLED COURT AND TO PLAINTIFF IN PRO PER:**

COMES NOW Defendants BARRY BLOCKER and RYAN SMITH (hereinafter "Defendants"), answering Plaintiff's *Third Amended Complaint* for Damages for itself, and for no other parties, in the above-entitled action, hereby admits, denies, and alleges

as follows:

## JURISDICTION AND VENUE

1.    Answering paragraph 1, answering Defendants admit that jurisdiction is proper.

2.    Answering paragraph 2, answering Defendants admit that venue is proper.

## PARTIES

3.    Answering paragraph 3, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

4.    Answering paragraph 4, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5.    Answering paragraph 5, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, except for the following allegations which are admitted: the CITY OF LOS ANGELES is a municipal entity established under the law of the State of California, Defendant BARRY BLOCKER was an individual employed by Defendant CITY OF LOS ANGELES and Defendant RYAN SMITH is an individual employed by Defendant CITY OF LOS ANGELES.

6.    Answering paragraph 6, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7.    Answering paragraph 7, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## FACTS AND ALLEGATIONS COMMON TO ALL CAUSE OF ACTION

8.    Answering paragraph 8, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9.    Answering paragraph 9, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

10.    Answering paragraph 10, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

11.    Answering paragraph 11, Defendants lack sufficient information and belief upon

which to answer the allegations contained therein, and on that basis deny the allegations.

12.     Answering paragraph 12, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13.     Answering paragraph 13, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

14.     Answering paragraph 14, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15.     Answering paragraph 15, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16.     Answering paragraph 16, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

17.     Answering paragraph 17, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18.     Answering paragraph 18, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

19.     Answering paragraph 19, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20.     Answering paragraph 20, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## "DEFENDANTS' UNLAWFUL AND UNREASONABLE SEARCHES AND SEIZURES"

21.     Answering paragraph 21, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22.     Answering paragraph 22, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23.     Answering paragraph 23, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24.     Answering paragraph 24, Defendants lack sufficient information and belief upon

1  which to answer the allegations contained therein, and on that basis deny the allegations.

2  25.    Answering paragraph 25, Defendants lack sufficient information and belief upon

3  which to answer the allegations contained therein, and on that basis deny the allegations.

4  26.    Answering paragraph 26, Defendants lack sufficient information and belief upon

5  which to answer the allegations contained therein, and on that basis deny the allegations.

6  27.    Answering paragraph 27, Defendants lack sufficient information and belief upon

7  which to answer the allegations contained therein, and on that basis deny the allegations.

8  28.    Answering paragraph 28, Defendants lack sufficient information and belief upon

9  which to answer the allegations contained therein, and on that basis deny the allegations.

10  29.    Answering paragraph 29, Defendants lack sufficient information and belief upon

11  which to answer the allegations contained therein, and on that basis deny the allegations.

12  30.    Answering paragraph 30, Defendants lack sufficient information and belief upon

13  which to answer the allegations contained therein, and on that basis deny the allegations.

## FIRST CAUSE OF ACTION

(Violation of Civil Rights: Unlawful and Unreasonable Search and Seizure

on behalf of plaintiff as against all defendants and DOES 1-10)

(4th and 14th Amendments/42 U.S.C. § 1983)

18  31.    Answering paragraph 31, which incorporates by reference the allegations of other

19  paragraphs of the pleading, Defendants to the same extent incorporate by reference the

20  answers provided herein to those paragraphs.

21  32.    Answering paragraph 32, Defendants lack sufficient information and belief upon

22  which to answer the allegations contained therein, and on that basis deny the allegations.

23  33.    Answering paragraph 33, Defendants lack sufficient information and belief upon

24  which to answer the allegations contained therein, and on that basis deny the allegations.

25  ///

26  ///

27  ///

28  ///

## SECOND CAUSE OF ACTION

(Negligence and Negligent Infliction of Emotional Distress under California Law on behalf of plaintiff as against all defendants and DOES 1-10)

34.    Answering paragraph 34, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

35.    Answering paragraph 35, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

36.    Answering paragraph 36, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendants allege each of the following:

### FIRST AFFIRMATIVE DEFENSE

1.  The damages alleged were directly and proximately caused and contributed to by the negligence and fault of Plaintiff, and the extent of damages sustained, if any should be reduced in proportion to the amount of said negligence and fault.

### SECOND AFFIRMATIVE DEFENSE

2.  The damages alleged were directly and proximately caused and contributed to by the negligence and fault of other persons, and the extent of damages sustained, if any should be reduced in proportion to the amount of said negligence and fault.

### THIRD AFFIRMATIVE DEFENSE

3.  The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for self-defense.

### FOURTH AFFIRMATIVE DEFENSE

4.  The force used against Plaintiff, if any, was caused and necessitated by the actions of Plaintiff, and was reasonable and necessary for defense of others.

///

**FIFTH AFFIRMATIVE DEFENSE**

5.  The Complaint fails to state a claim upon which relief may be granted.

**SIXTH AFFIRMATIVE DEFENSE**

6.  The action is barred by the doctrines of res judicata and collateral estoppel.

**SEVENTH AFFIRMATIVE DEFENSE**

7.  As to the federal claims and theories of recovery, Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

**EIGHTH AFFIRMATIVE DEFENSE**

8.  As to the federal claims and theories of recovery, Defendants are protected from liability under the federal doctrine of quasi-judicial immunity.

**NINTH AFFIRMATIVE DEFENSE**

9.  The state claims are barred for Plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

**TENTH AFFIRMATIVE DEFENSE**

10.  Plaintiff failed to mitigate her damages.

**ELEVENTH AFFIRMATIVE DEFENSE**

11.  Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4, 820.8, 821.6, 822.2, and 845.

Civil Code § 47.

Penal Code § 836, 836.5 and 847.

/ / /

/ / /

/ / /

13

WHEREFORE, Defendants pray for judgment as follows:

1.     That Plaintiff take nothing by this action;

2.     That the action be dismissed;

3.     That Defendants be awarded costs of suit;

4.     That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

### DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

Dated:  June 21, 2023

Respectfully submitted,

**HEIDI FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By:     /s/ *Shant Taslakian*
     **SHANT TASLAKIAN**, Deputy City Attorney

*Attorneys for Defendants*
CITY OF LOS ANGELES, LUIS ACEVEZ, ALMA MARTINEZ, ROBERT MALDONADO, CARLOS MALDONADO, TIFFANY NORWOOD, **BARRY BLOCKER and RYAN SMITH**

14